

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00033-CV

Frederick **BEEBE**,
Appellant

v.

**CITY OF SAN ANTONIO**, by and through its agent, CPS Energy,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI19603
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we affirm the trial court's order. Costs are taxed against Appellant.

SIGNED June 14, 2023.

_____
Patricia O. Alvarez, Justice